■ DAVID S. GANDINO, Respondent, v PELION, INC., et al., Appellants. (Appeal No. 2.) [612 NYS2d 989] —Order unanimously reversed on the law with costs, motion granted and third cause of action for defamation dismissed. Same Memorandum as in Gandino v Pelion, Inc. (202 AD2d 963 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Set Aside Verdict.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.